IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC and PANOPTIS PATENT MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>v. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |
| BLACKBERRY LIMITED, et al, | § 2:16-cv-0062-JRG-RSP<br>§ LEAD CASE<br>§ |
| KYOCERA COMMUNICATIONS, INC., et al,<br><br>Defendants. | § 2:16-cv-0061-JRG-RSP<br>§<br>§ JURY TRIAL REQUESTED<br>§ |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Pursuant to the Court's March 23, 2016 Order regarding a scheduling conference (Dkt. No.20), Plaintiffs Optis Wireless Technology, LLC and PanOptis Patent Management, LLC (collectively, "Plaintiffs") and Defendants BlackBerry Limited, BlackBerry Corporation, Kyocera Communications, Inc., and Kyocera Corporation, jointly submit a proposed Docket Control Order, attached hereto as Exhibit A.

The Parties jointly propose a modification to the Claim Construction Hearing date provided by the Court. The Court provided the date of January 16, 2017 for the Claim Construction Hearing which is a Legal Holiday under Fed. R. Civ. P. 6(a)(6), and the Parties expect the Court will be closed. The Parties submit that this presents good cause for changing the date of the Claim Construction Hearing, and respectfully request that the Claim Construction Hearing in this matter be held on January 25, 2017, or thereafter at the Court's convenience. Concurrent with this

proposed modification, the Parties jointly request modification to the deadlines for compliance with P.R. 4-5(c) and (d) to avoid conflict with the Christmas Day and New Year's Day holidays. No other deadlines marked with an asterisk (*) have been changed.

May 13, 2016.

Respectfully submitted,

/s/David T. DeZern
J. Cary Gray (Lead Counsel for PPM)
Texas Bar No. 08322300
cgray@grayreed.com
James Ormiston
Texas Bar. No. 15307500
jormiston@grayreed.com
Michael Ellis
Texas Bar No. 24081586
mellis@grayreed.com
**GRAY REED & MCGRAW, P.C.**
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100


Eric S. Tautfest
Texas Bar No. 24028534
etautfest@grayreed.com
Jared Hoggan
Texas Bar No. 24065435
jhoggan@grayreed.com
David T. DeZern
Texas Bar. No. 24059677
ddezern@grayreed.com
M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
**GRAY REED & MCGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (469) 320-6901

Eric M. Albritton (Lead Counsel for Optis Wireless)
Texas Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**Albritton Law Firm**
PO Box 2649

/s/Marc S. Blackman (with permission by David T. DeZern)
David L. Witcoff
Lead Attorney
Illinois State Bar No. 06183629
dlwitcoff@jonesday.com
Marc S. Blackman
Illinois State Bar No. 06236719
msblackman@jonesday.com
Thomas W. Ritchie
Illinois State Bar No. 06301954
twritchie@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

Jeffrey M. White
Texas State Bar No. 24064380
jwhite@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Attorneys for Defendants Kyocera Corporation and Kyocera Communications, Inc.

Longview, TX 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFFS**
**PanOptis Patent Management, LLC**
**and Optis Wireless Technology, LLC**

    /s/  Eric Huang (with permission by David T. DeZern)
E. Leon Carter
  Texas State Bar No. 03914300
  lcarter@carterscholer.com
John S. Torkelson
  Texas State Bar No. 00795154
  jtorkelson@carterscholer.com
CARTER SCHOLER ARNETT HAMADA & MOCKLER PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
Tel: 214-550-8188
Fax: 214-550-8185

James R. Asperger (*pro hac vice*)
  jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (*pro hac vice*)
  kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

Eric Hui-chieh Huang (*pro hac vice*)
  erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor

New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
**ATTORNEYS FOR DEFENDANTS
BLACKBERRY LIMITED &
BLACKBERRY CORP.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this the 13th day of May, 2016.  Local Rule CV-5(a)(3)(A).

<u>/s/David T. DeZern</u>