IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PANOPTIS PATENT MANAGEMENT, LLC, OPTIS WIRELESS TECHNOLOGY, LLC, | § § § § § § § § § § § | Case No. 2:16-CV-00062-JRG-RSP |
| *Plaintiffs*, | | |
| v. | | |
| BLACKBERRY LIMITED, BLACKBERRY CORPORATION, | | |
| *Defendants*. | | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on February 13, 2017 (Dkt. No. 99) recommending that Blackberry's Motion to Dismiss (Dkt. No. 33) be denied. Having reviewed the objections filed by Blackberry (Dkt. No. 116 in related Case No. 2:16-CV-00059) and finding them to be without sufficient merit, the Recommendation is ADOPTED.

Blackberry's Motion to Dismiss (Dkt. No. 33) is hereby **DENIED**.

**So ORDERED and SIGNED this 1st day of March, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE