IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC AND PANOPTIS PATENT MANAGEMENT, LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BLACKBERRY LIMITED, et al.,**<br><br>**Defendants.** | Civ. A. No. 2:16-cv-62-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL REQUESTED** |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Before the Court is Plaintiffs Optis Wireless Technology, LLC and PanOptis Patent Management, LLC (collectively, "PanOptis") and BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry")'s Joint Motion to Stay All Deadlines and Notice of Settlement. After considering the Motion, the Court finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that all unreached deadlines in the Court's Docket Control Order are stayed until April 12, 2017. If a motion to dismiss has not been filed by April 12, the parties are ORDERED to appear at 9:00 a.m. on April 13, 2017 for a status conference.

**SIGNED this 12th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE