# IN THE UNITED STATES DISTRICT
## COURT FOR THE EASTERN DISTRICT
## OF TEXAS  MARSHALL DIVISION

| | |
|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC AND PANOPTIS PATENT MANAGEMENT, LLC,** | |
| **Plaintiffs,** | |
| **v.** | **Civ. A. No. 2:16-cv-62-JRG-RSP (Lead Case)** |
| **BLACKBERRY LIMITED, et al.,** | |
| **Defendants.** | **JURY TRIAL REQUESTED** |

## SECOND JOINT MOTION TO STAY ALL DEADLINES AND
## NOTICE OF SETTLEMENT

Plaintiffs Optis Wireless Technology, LLC and PanOptis Patent Management, LLC (collectively, "PanOptis") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") respectfully request that the Court extend the current stay of all unreached deadlines by an additional 14 days until April 26, 2017.  As represented in the parties' prior joint motion (Dkt. 115), all matters in controversy between the parties have been settled, in principle, but the parties respectfully request an additional 14 days so that appropriate dismissal papers may be submitted after the final agreement has been executed.  The Court previously entered a stay until April 12, 2017 (Dkt. 116).[1]  The parties have been diligently and collaboratively working to draft and execute a final written agreement.  However, due to the complex and multi-faceted nature of the agreement and the need for the parties to investigate and confirm various underlying factual details, the parties request the additional time to reduce their agreement to writing.  The parties respectfully submit that there is good cause to stay all

---

[1] The Court also ordered the parties to appear at 9:00 a.m. on April 13, 2017 for a status conference if a motion to dismiss has not been filed by April 12.  Dkt. 116.

deadlines an additional 14 days in view of the settlement agreement in principle.   A proposed order is attached.

April 10, 2017

Respectfully submitted,
*/s/ Eric S. Tautfest*
J. Cary Gray (Lead Counsel for PPM)
Texas Bar No. 08322300
cgray@grayreed.com
James Ormiston
Texas Bar. No. 15307500
jormiston@grayreed.com
**GRAY REED & MCGRAW, P.C.**
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100

Eric S. Tautfest
Texas Bar No. 24028534
etautfest@grayreed.com
Jared Hoggan
Texas Bar No. 24065435
jhoggan@grayreed.com
David T. DeZern
Texas Bar. No. 24059677
ddezern@grayreed.com
M. Jill Bindler
Texas Bar No. 02319600
jbindler@grayreed.com
David Lisch
Texas Bar No. 24077179
dlisch@grayreed.com
**GRAY REED & MCGRAW, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (469) 320-6901

Eric M. Albritton (Lead Counsel for Optis
Wireless)
Texas Bar No. 00790215
ema@emafirm.com
Shawn A. Latchford
Texas State Bar No. 24066603
sal@emafirm.com
**Albritton Law Firm**
PO Box 2649

Respectfully submitted,
*/s/ Eric H. Huang*
E. Leon Carter
Texas State Bar No. 03914300
lcarter@carterscholer.com
John S. Torkelson
Texas State Bar No. 00795154
jtorkelson@carterscholer.com
**CARTER SCHOLER ARNETT HAMADA
& MOCKLER PLLC**
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
Tel: 214-550-8188
Fax: 214-550-8185

James R. Asperger (pro hac vice)
jimasperger@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (pro hac vice)
kevinjohnson@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

Eric Hui-chieh Huang (pro hac vice)
erichuang@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000

**ATTORNEYS FOR DEFENDANTS**

Longview, TX 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

**ATTORNEYS FOR PLAINTIFFS**
**PanOptis Patent Management, LLC**
**and Optis Wireless Technology, LLC**

**BLACKBERRY LIMITED &**
**BLACKBERRY CORP.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this the 10th day of April, 2017.

*/s/ Eric S. Tautfest*