# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, LLC AND PANOPTIS PATENT MANAGEMENT, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>   Defendants. | Civ. A. No. 2:16-cv-62-JRG-RSP (Lead Case)<br><br>JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is Plaintiffs Optis Wireless Technology, LLC and PanOptis Patent Management, LLC (collectively, "PanOptis") and BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry")'s Second Joint Motion to Stay All Deadlines and Notice of Settlement. After considering the Motion, the Court finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that all unreached deadlines in the Court's Docket Control Order are stayed until April 26, 2017. If a motion to dismiss has not been filed by April 26, the parties are ORDERED to appear at 9:00 a.m. on April 27 for a status conference.

   SIGNED this 11th day of April, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE