**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **OPTIS WIRELESS TECHNOLOGY, LLC AND PANOPTIS PATENT MANAGEMENT, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**BLACKBERRY LIMITED, et al.,**<br><br>Defendants. | Civ. A. No. 2:16-cv-62-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL REQUESTED** |

## ORDER ON MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)

Before the Court is Plaintiffs Optis Wireless Technology, LLC and PanOptis Patent Management, LLC (collectively "PanOptis") and Defendants BlackBerry Corporation and BlackBerry Limited (collectively "BlackBerry")'s Motion to Dismiss Pursuant to Rule 41(a)(2)("Motion").  In light of the Parties' Motion, it is hereby ORDERED that all claims brought by PanOptis against BlackBerry in this action are dismissed without prejudice.  Each party is to bear its own costs, expenses, and attorneys' fees.  The Court retains jurisdiction over the Parties for the purposes of enforcing the Parties' confidential agreement.

**SIGNED this 27th day of April, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE